DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
BAR SHANI

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>BAR SHANI, et al.,<br><br>            Defendants. | 2:17-cr-00232 GEB<br><br>**NOTICE OF ATTORNEY APPEARANCE FOR BAR SHANI** |

TO: THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as retained counsel for Bar Shani in this matter. I certify that I am admitted to practice in this Court. I am awaiting notification that Mr. Shani has been transferred from the Northern District of California to this District for his initial appearance.

Dated: September 25, 2018

/s/David W. Dratman
DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
BAR SHANI

**NOTICE OF ATTORNEY APPEARANCE FOR BAR SHANI**
*United States v. Bar Shani. et al.*
**[2:17-cr-00232 GEB]**