BRIAN H GETZ, ESQ. (CSBN 85593)
LAW OFFICES OF BRIAN H GETZ
88 Kearny Street, Suite 1850 San Francisco, CA 94108
Telephone: (415) 912-5886
Facsimile: (415) 358-4770
Email: bhgetz@pacbell.net

Attorney for Defendant YANIV GOHAR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17 – CR00232 GEB |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTION TO WITHDRAW AS ATTORNEY OF RECORD** |
| YANIV GOHAR, OREL GOHAR, MAY LEVY, ERAN BUHBUT, BAR SHANI, ATIR DADON ADAM ATARI, and RAZ RAZLA, | Date: November 9, 2018<br>Time: 9:00 a.m.<br>Courtroom: 10 |
| Defendants. | |

**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

IT IS HEREBY STIPULATED, by and between the parties to this action, that the motion by Brian H Getz to withdraw as attorney of record for Yaniv Gohar, hearing date of November 9, 2018 presently scheduled at 9:00 a.m., before the Honorable Garland E. Burrell Jr., be vacated and re-set for January 4, 2019 at 9:00 a.m.

The requested continuance is sought because defense counsel has been accepted to attend the Federal Death Penalty Seminar in Tampa, FL on the

1
STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING

aforementioned date, and the January date is the first available time that is amenable to the Court, defense counsel, and counsel for the government.

DATED: October 31, 2018      /s/
    Brian H Getz
    Attorney for Defendant
    YANIV GOHAR

DATED: November 1, 2018      /s/
    MATTHEW YELOVICH
    Assistant United States Attorney

DATED: November 1, 2018      /s/
    MIRIAM HINMAN
    Assistant United States Attorney

**ORDER**

IT IS HEREBY ORDERED that the above-captioned matter is continued to January 4, 2019 at 9:00 a.m., before the Honorable Garland E. Burrell Jr.

IT IS SO ORDERED

Dated: November 1, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

3
STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING