1  MCGREGOR W. SCOTT
   United States Attorney
2  MATTHEW M. YELOVICH
   MIRIAM R. HINMAN
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile:  (916) 554-2900

6

7  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-232 GEB |
|---|---|
| Plaintiff, | ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |
| v. | |
| BAR SHANI, | |
| Defendant. | |

Pursuant to Local Rule 141(b) and based upon the representation contained in the government's Request to Seal, IT IS HEREBY ORDERED that the government's sentencing motion pertaining to defendant BAR SHANI, and government's Request to Seal shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the government and counsel for the defendant.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the government's request, sealing the government's motion serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the government would be harmed. In light of the reasons stated in the government's request to seal and the public filing of its

notice to seal, the Court further finds that there are no additional alternatives to sealing the government's motion and its request to seal that would adequately protect the compelling interests identified by the government.

Dated: July 10, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge